UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Papst Licensing GmbH & Co. KG**<br><br>v.<br><br>**Sanyo Electric Co., Ltd. and Sanyo North America Corporation** | Case No. 09-cv-530  (RMC) |

**MOTION TO CONSOLIDATE THIS ACTION INTO THE PENDING MDL
<u>PRETRIAL PROCEEDNG, DOCKET NO. 07-mc-493</u>**

Papst Licensing GmbH & Co. KG ("Papst") has filed the captioned action against Sanyo Electric Co., Ltd. and Sanyo North America Corporation (collectively the "Sanyo Parties").  This action is for patent infringement against the Sanyo Parties.  This action is assigned to the Honorable Judge Rosemary M. Collyer under docket number of: 09-cv-00530 (RMC).  The patents at issue in this action, U.S. Patent No. 6,470,399 and U.S. Patent No. 6,895,449, are the same two patents at-issue in this Court's MDL pretrial proceeding, *In Re Papst Licensing GmbH & Co. KG Litigation,* 07-mc-493.  Papst has also filed a Notice of Related Case to the MDL proceeding.  (09-cv-530, Docket No. 5).  Papst respectfully moves this Court to consolidate this new Sanyo action into this Court's pending MDL pretrial proceeding for pretrial purposes.  Sanyo reserves objection to jurisdiction and venue, but does not object to consolidation.

A proposed Order is attached.

WHEREFORE, Papst Licensing GmbH & Co. KG respectfully requests that this Court consolidate the above captioned action, *Papst v. Sanyo et al.*, No. 09-cv-00530 (RMC) into the pending MDL pretrial proceeding captioned, *In Re Papst Licensing GmbH & Co. KG Litigation,* No. 07-mc-493 (RMC) for pretrial purposes.

Dated: April 13, 2009

/s/ *William F. Demarest, Jr.*
William F. Demarest, Jr. (DC Bar # 266312)
Husch Blackwell Sanders LLP
750 17th Street, NW, Suite 1000
Washington, D.C. 20006
Telephone: 202-378-2310
Facsimile: 202-378-2319
william.demarest@huschblackwell.com
*Attorneys for Papst Licensing GmbH & Co. KG*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Papst Licensing GmbH & Co. KG**<br><br>**v.**<br><br>**Sanyo Electric Co., Ltd. and Sanyo North America Corporation** | **Case No. 09-CV-530  (RMC)** |

**[PROPOSED] ORDER**

Upon consideration of Papst's Motion to Consolidate, IT IS HEREBY ORDERED that:

This case is a related or tag-along action and it is consolidated with *In re Papst*, Misc. Action No. 07-493, MDL No. 1880, the Master Docket for pretrial purposes and without waiver of objection to jurisdiction and venue.  Thus, this case is governed by the orders entered in the Master Docket.  Counsel are advised to familiarize themselves with the Master Docket and are advised that all filings shall be filed in the Master Docket only.


Date:_____          _____
                                Rosemary M. Collyer
                                United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Motion To Consolidate & Proposed Order was served on this the 13th day of April, 2009 upon the attorneys for the Camera Manufacturers through the United States District Court for the District of Columbia ECF System unless otherwise noted as follows:

*For The Samsung Parties*:
Patrick J. Kelleher
Drinker Biddle Gardner Carton
191 North Wacker Drive, Suite 3700
Chicago, IL 60606-1698
Phone:  (312) 569-1375
Fax:  (312) 569-3375
patrick.kelleher@dbr.com

*Camera Manufacturers' Administrative Counsel and*
*For The Fujifilm Parties and*
*For Konica Minolta Photo Imaging, Inc.*:
Steven J. Routh
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N.W.
Washington, DC 20005
Phone:  (202) 339-8400
Fax:  (202) 339-8500
srouth@orrick.com

Sten Jensen
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N.W.
Washington, DC 20005
Phone:  (202) 339-8400
Fax:  (202) 339-8500
sjensen@orrick.com

*For the Olympus Parties*:
Richard deBodo
Rachel M. Capoccia
Hogan & Hartson, LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Phone:  (310) 785-4694
Fax:  (310) 785-4601
rdebodo@hhlaw.com
rmcapoccia@hhlaw.com

***For The Matsushita and Victory Company of Japan Parties***:
Richard deBodo
Rachel M. Capoccia
Hogan & Hartson, LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Phone: (310) 785-4694
Fax: (310) 785-4601
rdebodo@hhlaw.com
rmcapoccia@hhlaw.com

Adam K. Levin, Esq.
Hogan & Hartson LLP
555 13th Street, NW
Washington, DC 20004
aklevin@hhlaw.com

***For Hewlett-Packard Company***:
Charlene M. Morrow   (via e-mail)
Heather N. Mewes
Fenwick & West LLP
555 California Street, Suite 1200
San Francisco, CA 94104
Phone:  (415) 875-2300
Fax:  (415) 281-1350
cmorrow@fenwick.com
hmewes@fenwick.com

***For the Nikon Parties***:
David L. Witcoff
Marc S. Blackman
Jones Day
77 West Wacker Drive
Chicago, IL 60601
Phone:  (312) 782-3939
Fax:  (312) 782-8585
dlwitcoff@jonesday.com
msblackman@jonesday.com

***For the Sanyo Parties***:
Breighanne A. Eggert  (via e-mail)
Michael A. Dorfman  (via e-mail)
Timothy J. Vezeau  (via e-mail)
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661
Phone:  (312) 902-5200
Fax:  (312) 902-1061
breighanne.eggert@kattenlaw.com
michael.dorfman@kattenlaw.com
timothy.vezeau@kattenlaw.com

Mark E. Ungerman, Esq.  (via e-mail)
Barry E. Bretschneider, Esq.  (via e-mail)
Morrison & Foerster LLP
2000 Pennsylvania Avenue, N.W., Suite 5500
Washington, DC 20006
mungerman@mofo.com
bbretschneider@mofo.com

***For Eastman Kodak Company***:
Eric S. Namrow, Esq.
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
esnamrow@jonesday.com

James L. Wamsley, III  (via e-mail)
Jones Day
901 Lakeside Avenue
Cleveland, OH 44114
jlwamsleyiii@jonesday.com

Mark Campagna, Esq.  (via e-mail)
Jones Day
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309
mcampagna@jonesday.com

4

***For the Canon Parties***:
Scott W. Burt, Esq.  (via e-mail)
Jones Day
77 West Wacker Drive
Chicago, IL 60601
swburt@jonesday.com

/s/ *William F. Demarest, Jr.*
Attorney for Papst Licensing GmbH & Co. KG